**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2404**

In Re:  MARY D. SLAEY,

                Debtor.

--------------------------------

MARY D. SLAEY,

                Debtor – Appellee,

        v.

P.H. HARRINGTON, JR.,

                Creditor - Appellant.


Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:14-cv-01210-TSE-JFA)


Submitted:  October 31, 2016          Decided:  December 7, 2016


Before WILKINSON, TRAXLER, and HARRIS, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Alan J. Cilman, Fairfax, Virginia, for Appellant.  Gregory Counts, TYLER, BARTL, RAMSDELL & COUNTS, PLC, Alexandria, Virginia, for Appellee.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

P.H. Harrington, Jr., appeals from the district court orders determining that Harrington's claim asserted in Mary D. Slaey's bankruptcy case was barred by the statute of limitations, and denying reconsideration of that order. We have reviewed the record and the arguments presented on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrington v. Slaey, No. 1:14-cv-01210-TSE-JFA (E.D. Va. Sept. 1, 2015 & filed Oct. 14, 2015; entered Oct. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED